IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VERONICA MOORE § § v. § § NICKEL CITY GROUP LLC and § THE CINCINNATI INSURANCE § COMPANY § § | Civil No. 4:21-cv-756-SDJ-KPJ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 29, 2022, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #6), that Plaintiff Veronica Moore's claims be dismissed without prejudice for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 20th day of May, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE